TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

NICOLE R. LEIBOW
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nicole.Leibow@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK FOX,<br><br>       Plaintiff,<br><br>     v.<br><br>NELLIS AIR FORCE BASE,  governmental agency, NELLIS AFB, a governmental agency, DEPARTMENT OF THE AIR FORCE, a governmental agency, UNITED STATES, a governmental entity; DOE MANAGERS I through X; EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; ROE PROEPRTY MANAGERS XI through xx; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYEES XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly, and severally;<br><br>       Defendants. | Case No. 2:25-cv-02497-GMN-BNW<br><br>**Joint Stipulation to Stay Discovery** |

IT IS HEREBY STIPULATED between Plaintiff Mark Fox and Federal Defendants United States of America, Nellis Air Force Base ("Nellis AFB"), and the Department of the Air Force (collectively, "Federal Defendants"), by and through their respective counsel, as follows:

1

1. On January 14, 2026, counsel for the parties participated in a meet and confer, pursuant to Local Rule 26-1(b) and Federal Rule of Civil Procedure 26(f).

2. During their meet and confer, the parties agreed and now request that the Court stay all discovery in this action for six (6) months from the entry of the Court's order.

3. Good cause exists for the requested stay. Defendant's agency counsel who is assisting with identification and collection of responsive records is based at an Air Force installation and is concurrently supporting multiple matters.

4. The discovery in this case is expected to require coordination with multiple custodians and offices, including personnel who are not co-located, and the collection process is further complicated by operational demands, access constraints and the need to gather records from several sources.

5. In addition, the United States anticipates that collected materials will require review for privilege and other protection before production.

6. The requested stay is intended to promote the orderly and efficient management of discovery and to avoid piecemeal or incomplete production. The parties do not seek this stay for purposes of delay, and the requested period will allow adequate time to identify custodians, collect responsive materials, and complete appropriate review.

7. The parties further stipulate that during the stay:

   a. The parties' Rule 26(a) (1) initial disclosure obligations are stayed and tolled during the stay.

   b. No party will serve discovery requests or notices (including Rule 30(b)(6) notices), and no party will be required to respond to discovery requests or conduct depositions.

   c. The parties will continue to preserve all potentially relevant information.

   d. The stay does not preclude the parties from voluntarily exchanging information by agreement, if they determine that doing so would promote resolution on narrow issues.

e. Plaintiff's previously served discovery shall be deemed served on the date the stay is lifted or expires, and Defendant's responses and objections shall be due 30 days thereafter.

f. No matters shall be deemed admitted during the stay.

8. The Parties request that any deadlines related to discovery are stayed commensurately for the duration of the discovery stay.

9. For these reasons, the Parties respectfully request that the Court stay discovery in this matter.

10. The parties represent and warrant that this stipulation is in good faith and not for purposes of delay.

11. Both parties shall pay their own fees and costs associated with this stipulation and order.

Respectfully submitted this 23rd day of January 2026.

D.R. PATTI & ASSOCIATES

/s/  Troy A. Clark
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
720 S. Seventh St.
Third Floor
Las Vegas, NV 89101

*Attorney for Plaintiff*

TODD BLANCHE
Deputy Attorney
General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/  Nicole R. Leibow
NICOLE R. LEIBOW
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101

*Attorneys for Federal Defendants*

## ORDER

This Court GRANTS parties' stipulation to stay discovery for 6 months from the date of this Order. Plaintiff's previously served discovery shall be deemed served on the date the stay lifts or expires, and Defendants' responses and objections shall be due 30 days thereafter. This Court is not inclined to grant additional extensions.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**   January 26, 2026

3